**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN E. REECE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-414-SRW |
| | ) | |
| CORPORAL UNKNOWN TEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. On March 23, 2026, Plaintiff John

E. Reece submitted a complaint under 42 U.S.C. § 1983 alleging violations of his civil rights by

Corporal Teague of Warren County. Plaintiff failed to sign the complaint. Under Rule 11 of the

Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be

signed ... by a party personally if the party is unrepresented." Further, Local Rule 2.01 requires

that a complaint filed by a pro se plaintiff "shall contain the signature of the self-represented

party…."

Within **fourteen (14) days** of the date of this Order, Plaintiff must properly sign the

Complaint and return it to the Court. The Court will direct the Clerk to return the Complaint to

her. If Plaintiff fails to timely comply with this Order, the Court will dismiss this case without

prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the complaint [ECF No. 1] to

Plaintiff.

**IT IS FURTHER ORDERED** that, **within fourteen (14) days of the date of this Order**, Plaintiff shall sign and return the complaint to the Court.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 24th day of March, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2